UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GOMEZ JIMENEZ (A-Number: 242-188-993),

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

Case No.  1:26-cv-2584-DC-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 8, 14)

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 14.  Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 19, 2026, ECF No. 14, are ADOPTED;

2. The petition for writ of habeas corpus, ECF No. 1, is DISMISSED as moot;

3. Respondent's motion to dismiss, ECF No. 8, is DENIED as moot; and

4. The Clerk of the Court is ordered to enter judgment accordingly and close this case.


IT IS SO ORDERED.

Dated:    **June 12, 2026**                     _____

Dena Coggins
United States District Judge